A & W MOTORS, INC.,
Plaintiff-Respondent,

v.

Alfred RYDER and Mary Ann Ryder,
Defendant-Appellant.

No. WD 35287.

Missouri Court of Appeals,
Western District.

Aug. 28, 1984.

Patrick E. Richardson, Gifford & Richardson, Green City, for defendant-appellant.

Earl W. Brown III, Trenton, for plaintiff-respondent.

Before KENNEDY, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM:

This is an appeal from the awarding of a money judgment against the appellant in a court-tried case for truck repairs, interest, and costs.

The judgment of the trial court is based on substantial evidence and is not against the weight of the evidence.

Judgment affirmed. Rule 84.16(b).